JOHN A. CRENSHAW, *Appellant*, v. BOARD OF PUBLIC INSTRUCTION FOR THE COUNTY OF HILLSBOROUGH, STATE OF FLORIDA, PHILIP SHORE, I. WALDEN AND S. D. SWEAT, AS MEMBERS OF SAID BOARD OF PUBLIC INSTRUCTION, SPECIAL TAX SCHOOL DISTRICT NO. 4 IN HILLSBOROUGH COUNTY, FLORIDA, AND LAURIE GATES, E. R. EDENFIELD AND J. S. TUMBLIN, AS TRUSTEES OF SAID SPECIAL TAX SCHOOL DISTRICT, FIRST NATIONAL BANK OF TAMPA, EXCHANGE NATIONAL BANK OF TAMPA AND HILLSBORO STATE BANK OF PLANT CITY, FLORIDA, *Appellees*.

Decision Filed July 26, 1921.

An Appeal from a Decree of the Circuit Court within and for the County of Hillsborough; F. M. Robles, Judge.

*John B. Sutton*, for Appellant;

*Whitaker, Himes & Whitaker, Knight, Thompson & Turner* and *Carter, Taliaferro & Kelly*, for Appellees.

PER CURIAM:—This cause. having heretofore been sub-

mitted to the Court upon the transcript of the record of the decree aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be and the same is hereby affirmed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.

BROWNE, C. J., not participating.